22 A.3d 1030

Howard GIBSON, Appellant

v.

PA. DEPARTMENT OF PROBATION AND PAROLE, Appellee.

No. 15 EAP 2011.

Supreme Court of Pennsylvania.

July 14, 2011.

## ORDER

PER CURIAM.

AND NOW, this 14th day of July, 2011, the appeal is DISMISSED due to Appellant's failure to file a brief. The Application for Summary Relief/Application for Stay is DISMISSED AS MOOT.

22 A.3d 1030

Christopher BOCELLI, a/k/a Richard Young, Appellant

v.

PA. DEPARTMENT OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

July 15, 2011.

## ORDER

PER CURIAM.

AND NOW, this 15th day of July, 2011, the Application for Summary Relief/Application for Stay is GRANTED to the extent that it requests summary relief. The order of the

Commonwealth Court is **AFFIRMED.** The Application for Summary Relief/Application for Stay is **DISMISSED AS MOOT** to the extent that it requests a stay of the briefing schedule.

22 A.3d 1030

**Dwayne MORNINGWAKE, Appellant**

**v.**

**PA. DEPARTMENT OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

July 15, 2011.

### *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of July, 2011, the Application for Summary Relief/Application for Stay is **GRANTED** to the extent that it requests summary relief. The order of the Commonwealth Court is **AFFIRMED.** The Application for Summary Relief/Application for Stay is **DISMISSED AS MOOT** to the extent that it requests a stay of the briefing schedule.